IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TYRONE LAMONT MERRILL,  )
                        )
        Petitioner,      )
                        )    1:12CV351
        v.              )    1:02CR236-1
                        )
UNITED STATES OF AMERICA, )
                        )
        Respondent.      )

## ORDER

On December 17, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections to the Recommendation have been filed. Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #66] is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside or Correct Sentence [Doc. #53] is GRANTED, that the Judgment [Doc. #13] is VACATED as to Count Two, and that Count Two of the Indictment [Doc. #1] is DISMISSED.

IT IS FURTHER ORDERED that this matter be set for a hearing on the alleged violation of supervised release imposed as part of the conviction in Count One, which remains unaffected.

This, the 18th day of January, 2013.

                                        _____
                                        United States District Judge